AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**ANGELA S. BAKER**
DOB:  xx/xx/xx

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about   **February 2007 through May 2007**   in   **Washington, D.C.**   county, in the

District of   **Columbia**   defendant(s) did, (Track Statutory Language of Offense)

knowingly executing a scheme and artifice to defraud a financial institution that is insured by the Federal Deposit Insurance Corporation, that is, the Bank of America, to obtain money in the amount of $43,650, which was under the custody and control of the Bank of America, by means of false and fraudulent pretenses, representations, and promises.

violation of Title   **18**   United States Code, Section(s) **§ 1344**.

I further state that I am   **David Simonetti, Officer with the Metropolitan Police Department**,   and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:       ☒ Yes       ☐ No

Signature of Complainant
AUSA, Timothy Kelly  (202) 353-8822                David Simonetti, Officer
Sworn to before me and subscribed in my presence,  Metropolitan Police Department

_____             at     **Washington, D.C.**
Date                                                City and State

_____             _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

DAVID SIMONETTI, being duly sworn, deposes and states as follows:

**INTRODUCTION**

1.  I am an officer with the District of Columbia Metropolitan Police Department ("MPD"), currently assigned to the 6th District. In addition to my duties and responsibilities in the 6th District, I participate in investigations conducted by MPD's Financial Crimes and Fraud Unit.

2.  I have been a law enforcement officer in two jurisdictions for a total of four and one half years. I joined MPD in 2004, and have spent the past three years serving as a patrol officer. Since May 2007, I have been assisting the MPD's Financial Crimes and Fraud Unit. In that capacity, I have investigated District of Columbia and federal financial crimes involving, inter alia, identity theft, forgery, uttering, bank fraud, and credit card fraud. My law enforcement training and experience includes preparation, presentation and service of criminal complaints, arrest and search warrants. I have participated in the execution of five search warrants in the District of Columbia. I have been the affiant on affidavits in support of three search warrants in the District of Columbia. I have been the affiant in support of approximately twenty arrest warrants and juvenile custody orders. I have investigated the arrest of more than one hundred persons to include, but not limited to, firearms and narcotics offenses and offenders, theft, burglary and robbery offenses and offenders, and financial crimes and fraud offenses and offenders. In addition to the aforementioned experience, I have received training and experience in interviewing and interrogation techniques, search and seizure, intelligence and surveillance operations, gang and RICO investigations, and fraudulent document recognition. During the eighteen years prior to joining MPD, aside from an additional one and one-half years in law

enforcement in Vermont, I held various positions in financial related capacities. I spent approximately three years as a credit analyst investigating and analyzing consumer credit histories. For approximately five years, I managed finance and accounting for commercial construction concerns. In addition, and most recently, I managed a small venture capital fund and provided corporate finance advisory services to commercial concerns. In this capacity, I managed complex due diligence investigations and financial audits. In so doing, I uncovered misrepresentation and fraud on many occasions.

I, along with the assistance of Michael Pavero, a grade two detective with MPD, am conducting an investigation that a person employed as a home health nursing aide for a client located in the District of Columbia engaged in a scheme wherein she fraudulently obtained approximately $43,650 by engaging in bank fraud.

3. This affidavit is in support of an arrest warrant for Angela S. Baker, who, upon information and belief, has a birth date of December 27, 1961, a social security number of xxx-xx-xxxx, and a last known address of xxxx Mount Pisgah Road, Silver Spring, Maryland 20903.

4. This affidavit is based on my own investigation, my review of bank documentation and other records, as well as information I have learned through communications with witnesses and other law enforcement personnel.

5. Because this affidavit is being submitted for the limited purpose of setting forth probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are sufficient to establish probable cause that Angela S. Baker has violated Title 18, United States Code, Section 1344, Bank Fraud.

**PROBABLE CAUSE**

6.   Angela S. Baker was employed by Home Management Services, Inc. ("HMS") of Alexandria, Virginia from January through May of 2007 as a home health nursing aide. HMS assigns nursing aides and other health care professionals to the homes of its clients – usually elderly or invalid individuals – to provide various types of assistance to them. In this capacity, from January 19, 2007 to February 28, 2007, Angela S. Baker provided nursing aide services at the residence of Stuart and Rosalind Rockwell, located at xxxx Sedgwick Street, N.W., Washington, DC. After February 28, 2007, through April 2007, Angela S. Baker continued to visit the Rockwell's residence to check up on them, although she was not compensated for her assistance.

7.   Mr. Rockwell suffers from severe osteoporosis, and Ms. Rockwell suffers from Parkinson's Disease and related short-term memory loss. From January 19, 2007 to February 28, 2007, Angela S. Baker principally assisted Mr. Rockwell with, _inter alia_, changing his clothes and preparing meals. In addition, Angela S. Baker assisted Ms. Rockwell with, _inter alia_, writing checks to pay for Mr. Rockwell's medical care.

8.   When she would visit the Rockwell residence from January 19, 2007 through April 2007, Angela S. Baker had access to the entire residence, including the dining room, where Ms. Rockwell kept her checkbook.

9.   On or about May 14th, 2007, Ms. Rockwell reviewed her recent bank statements and discovered that, from February through May 2007, seventeen checks, totaling $43,650, were drawn on her Bank of America (a "financial institution" within the meaning of 18 U.S.C. § 20) checking account number xxxxxxxxxxx without her knowledge or permission.

10. Ms. Rockwell's signature appears as the purported payor on each of the seventeen checks. However, according to Ms. Rockwell, her signature was forged.

11. The designated payee on sixteen of the fraudulently negotiated checks, totaling $38,650, is an individual named "Caroline Patrick." The sixteen checks were, in turn, deposited into Bank of America account number xxxxxxxxxxxxxxx, a District of Columbia account in the name of Ms. Patrick. An individual named Carolyn Patrick, who has two Maryland accounts with Bank of America, reported to the bank that her cousin, Angela S. Baker, opened this District of Columbia account in her name fraudulently and without her knowledge.

12. The designated payee on the remaining one of the seventeen checks, in the amount of $5,000, is an "A. Baker." That check was deposited into Chevy Chase Bank (also a "financial institution" within the meaning of 18 U.S.C. § 20) account number xxxxxxxxxx, a District of Columbia account in the name of Angela S. Baker.

13. Bank of America provided surveillance video images relating to eleven of the sixteen instances in which Ms. Rockwell's forged checks were deposited into account number xxxxxxxxxxxxx. I have reviewed these images, and they all appear to depict the same individual. Two witnesses who are familiar with Angela S. Baker, including one witness who has lived with her, have viewed a number of these photographs and identified the individual depicted therein as Angela S. Baker. I have compared these images with a police photograph of Angela S. Baker, and they appear to match.

14. Neither Ms. Rockwell nor anyone with legal authority to do so gave Angela S. Baker permission utilize or write any checks, drafts, or transfers of any money from the accounts owned or controlled by Ms. Rockwell.

## CONCLUSION

15.     Based on the information contained in this affidavit, the affiant believes that there is probable cause to believe that crimes have been committed in this District and that there is probable cause to issue an arrest warrant for ANGELA S. BAKER for knowingly forging and uttering checks belonging to Rosalind Rockwell, causing at least $43,650 to be transferred from Ms. Rockwell's Bank of America bank account to accounts of which Angela S. Baker had control, including account number xxxxxxxxxxxxxx at Bank of America and account number xxxxxxxxx at Chevy Chase Bank, in violation of Title 18, United States Code, Sections 1344 (Bank Fraud).

_____
David Simonetti
Officer
Metropolitan Police Department

Subscribed and sworn to before me this\_\_\_\_\_day of August, 2007.

_____
United States Magistrate Judge