AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

ANGELA S. BAKER

**WARRANT FOR ARREST**

CASE NUMBER: 07-414-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ANGELA S. BAKER___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly executing a scheme and artifice to defraud a financial institution that is insured by the Federal Deposit Insurance Corporation, that is, the Bank of America, to obtain money in the amount of $43,650, which was under the custody and control of the Bank of America, by means of false and fraudulent pretenses, representations, and promises.

in violation of Title __18__ United States Code, Section(s) __§ 1344__.

ALAN KAY
Name of Issuing Officer / MAGISTRATE JUDGE

ALAN KAY
Title of Issuing Officer  U.S. MAGISTRATE JUDGE

[signature]
Signature of Issuing Officer

AUG 1 7 2007   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
                                     Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED  17 April 2008 | NAME AND TITLE OF ~~ARRESTING~~ OFFICER  Reporting | SIGNATURE OF ~~ARRESTING~~ OFFICER  Reporting |
| DATE OF ARREST  17 April 2008 | DUSM Robert C. Byars | [signature] Robert C. Byars |

1305778