UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## RELEASE ORDER
(Work Release or Electronic Monitoring Program)

UNITED STATES OF AMERICA                        **FILED**   Case No. _07-414_

vs.

_Angela Baker_                                  APR 1 7 2008

Defendant's Name                Defendant's NANCY MAYER WHITTINGTON, CLERK   Phone No.
                                              U.S. DISTRICT COURT

YOU ARE HEREBY RELEASED TO THE THIRD PARTY CUSTODY OF THE DEPARTMENT OF CORRECTIONS FOR PLACEMENT IN THE FOLLOWING PROGRAM:

☐ WORK RELEASE/D.C. JAIL    ☑ WORK RELEASE/HALFWAY HOUSE    ☐ OPERATION PROGRESS
                                                              (Electronic Monitoring)

YOUR RELEASE IS CONDITIONED UPON COMPLYING WITH ALL REGULATIONS AND PROGRAM REQUIREMENTS OF THE WORK RELEASE/ELECTRONIC MONITORING PROGRAM, IN ADDITION TO THE GENERAL TERMS & CONDITIONS LISTED ON THE REVERSE SIDE, AND ANY OF THE FOLLOWING CONDITIONS IMPOSED BY THE COURT:

☐ NO SOCIAL PASSES              ☑ STAY AWAY ORDER: _5000 Block of 5 Block radius of Sedgwick Street N.W. Unless with attorney or agents_

☐ CURFEW IMPOSED: _____

☐ OTHER CONDITIONS: _____

### YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

THE D.C. DEPARTMENT OF CORRECTIONS IS DIRECTED TO NOTIFY THE COURT IMMEDIATELY BY FAX OF DEFENDANT'S ESCAPE OR REMAND TO THE D.C. JAIL. THIS NOTIFICATION SHOULD BE FAXED TO THE ATTENTION OF THE CRIMINAL CLERK'S OFFICE (FAX # 535-0320) & WILL BE FORWARDED TO THE APPROPRIATE JUDICIAL OFFICER.

**NEXT DUE BACK** on _5/6/08_ in Courtroom _7_ at _1:45_ a.m./p.m. in the U.S. District Courthouse, 3rd _2ND FLOOR_ & Constitution Ave., N.W., Washington, D.C., or when notified; and you must appear at all subsequent dates.

YOUR ATTORNEY _Tony Miles_
address: _FPD_
phone no: _202-208-7500_

DEFENDANT'S SIGNATURE _Angela S. Baker_

WITNESSED BY _[signature]_      (title or agency) _Clerk_

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required.

SO ORDERED: _[signature]_
DATE: _4/17/08_
(Signature of Judge)

WHITE     - TO COURT PAPERS
BLUE      - TO D.C. DEPT./CORRECTIONS
GREEN     - TO D.C. PRETRIAL SERVICES
CANARY    - TO DEFENSE ATTORNEY
PINK      - TO U.S. ATTORNEY
GOLDENROD - TO DEFENDANT