UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. 07-414 (AK)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANGELA BAKER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America , by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney OPHER SHWEIKI, at telephone number (202) 353-8822 and/or email address Opher.Shweiki@usdoj.gov.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney


        _____/s/_____
BY:   OPHER SHWEIKI
        Assistant United States Attorney
        Bar No. 458-776
        555 Fourth Street, N.W. Room 4233
        Washington, D.C. 20530
        (202) 353-8822
        Opher.Shweiki@usdoj.gov